Jimmy L. SHUE, Plaintiff–Appellant,

v.

William McCOLLUM; Correctional Officer Herring, Defendants– Appellees.

No. 06–6318.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2006.

Decided: Oct. 5, 2006.

Jimmy L. Shue, Appellant Pro Se. Yvonne Bulluck Ricci, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy L. Shue appeals the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shue v. Herring*, No. 1:04–CV–01012–WWD (M.D.N.C. Jan. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).